No. 86–5048. COLE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 86–5049. EISENBERG v. SMITH ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–5050. LANDRUM v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5051. PHELPS v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5052. WILKINS v. KANE ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5053. PENA-PEREZ v. LOUISIANA STATE BAR ASSN. Sup. Ct. La. Certiorari denied.

No. 86–5055. ECK v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 86–5056. JOHL v. JOHL ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–5057. DELEON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–5058. BINDER v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 86–5059. MALLOY v. GWALTNEY. C. A. 11th Cir. Certiorari denied.

No. 86–5060. JENNINGS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5062. BENNETT v. CHARLES ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–5063. CLAUSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 86–5064. CHEEVES v. MONTGOMERY. C. A. 11th Cir. Certiorari denied.